UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 6:14-cr-00025-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| RHONDA GRAY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition as to Reported Violations of Supervised Release filed by United States Magistrate Judge Hanly A. Ingram. [R. 1162.]  The recommendation instructed the parties to file any specific written objections within fourteen days after being served with the decision, or else waive the right to further review. *Id.* at 9.  The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Gray knowingly and competently stipulated to the charged violations and that an adequate factual basis supports the stipulation as to each essential element of the violations charged.  Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommended Disposition **[R. 1162]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Rhonda Gray is **ADJUDGED** guilty of both violations;

3. The Defendant's supervisory period is **REVOKED** with a term of incarceration of six months, with no additional supervision upon release.

This the 14th day of November, 2023.

Gregory F. Van Tatenhove
United States District Judge